WILLIAM McPIKE State Bar #95869
2037 W. Bullard Avenue, #353
Fresno, California 93711
Telephone (559) 841-3366
Faxcsimile (559) 841-5343
Email: mcpike@psnw.com
*Attorney for the Defendant Steven Hempfling*

FILED
2005 AUG -4 P 1: 39
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

LODGED
AUG 3 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. **1:05-CV-0054- OWW-SMS** |
| Plaintiff, | ) **NOTICE OF APPEARANCE** |
| v. | ) **RE: SUBSTITUTION OF COUNSEL** |
| STEVEN HEMPFLING, | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE that STEVEN HEMPFLING hereby substitutes in his place and stead, as attorney of record, WILLIAM McPIKE, whose mailing address for this case is 2037 West Bullard, # 353, Fresno, California 93711. By signature below, both the defendant, STEVEN HEMPFLING, and WILLIAM McPIKE, Esquire agree to this substitution.

Dated: 8-3-05

Respectfully Submitted,

_____
/s/William McPike, Attorney for Defendant

_____
/s/Steven Hempfling, Defendant

8-3-05

SubCounsel835

It is so Ordered. Dated: _____
_____
United States District Judge

1 | *United States v. Hempfling*
2 | CASE NO. **1:05-CV 00594 OWW SMS**

3 | CERTIFICATE OF SERVICE

4 | That I am a citizen of the State of California, over the age of twenty-one years.

5 | That on __8-3-05__, I served a copy (copies) of the following documents on the interested party(ies) in said action as follows:

6 | by depositing in the United States Post Office at Fresno, California, a true and correct copy(ies) of the following documents filed in the above entitled action:
7 |

8 | NOTICE OF APPEARANCE RE: SUBSTITUTION OF COUNSEL

9 | CERTIFICATE OF SERVICE

10 | That a copy(ies) of the above documents was/were securely enclosed in an envelope with first-class postage duly prepaid, and addressed as follows:

11 | Evan John Davis
P.O. Box 7238
12 | Ben Franklin Station
Washington, D.C. 20044
13 | (202) 514-0079
FAX (202) 514-6770
14 | Email: evan.j.davis@usdoj.gov

15 |
16 | I certify the foregoing to be true and correct and that I believe that service was made in accordance with the Federal Rules of Civil Procedure.

17 | ~~William McPike~~

18 | Steve Hempfling

28 | *Certificate*