WILLIAM McPIKE State Bar #95869
2037 W. Bullard Avenue, #353
Fresno, California 97311
Telephone (559) 841-3366
Facsimile (559) 841-5343
Email: mcpike@psnw.com
*Attorney for the Defendant Steven Hempfling*

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Case No. 1:05-CV-00594- OWW-SMS |
| Plaintiff, | ) **STIPULATION RE: DEFENDANT'S MOTION TO DISMISS AND** |
| v. | ) **CONTINUANCE THEREOF** |
| **STEVEN HEMPFLING,** | ) |
| Defendant. | ) |

Counsel for the defendant and Counsel for the government have entered into the following stipulation – To Wit:

It is hereby stipulated by the parties that the hearing date set for August 15, 2004 at 10:00 a.m. to entertain defendant's motion to dismiss or in the alternative for summary judgment, before the Honorable Oliver W. Wanger be vacated and rescheduled for September 12, 2005 at 10:00 a.m. before the Honorable Oliver W. Wanger.

895 Stip                                             1

1  I, William McPike declare under penalty of perjury that I entered into this stipulation with
2  Robert Metcalfe, by and through Evan Davis, attorneys for the United States in this matter and
3  they have  agreed to the above stipulation.  (See attached email)
4  Dated: _____

Respectfully Submitted,

_____
/s/William McPike, Attorney for Defendant

SO ORDERED:

Dated: August 10, 2005          /s/ OLIVER W. WANGER
                                OLIVER W. WANGER
                                United States District Judge

895 Stip                                2