WILLIAM McPIKE State Bar #95869
2037 W. Bullard Avenue, #353
Fresno, California 97311
Telephone  (559) 841-3366
Faxcsimile (559)  841-5343
Email: mcpike@psnw.com
*Attorney for the Defendant Steven Hempfling*

# THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) Case No. **1:05-CV-00594- OWW-SMS** |
|  | ) |
| Plaintiff, | ) **STIPULATION RE: EXTENSION OF TIME** |
|  | ) **TO RESPOND TO PLAINTIFF'S AMENDED** |
| v. | ) **COMPLAINT** |
|  | ) |
| **STEVEN HEMPFLING**, | ) (L.R. 6-144(a) |
|  | ) |
| Defendant. | ) |
| _____ | ) |

   Counsel for the defendant and Counsel for the government have entered into the following stipulation – To Wit:

   It is hereby stipulated by the parties that the date set for November 2, 2005 to file a response to the plaintiff's amended complaint is extended to November 17, 2005.

Respectfully Submitted,
Dated: 10/24/2005                                  /s/William  McPike_____
                                                                   William McPike, Attorney for Defendant

                                                                   /s/Robert D. Metcalfe_____
                                                                   Trial Attorney, Tax Division

IT IS SO ORDERED.

Dated: __November 1, 2005___          /s /_ OLIVER W. WANGER_____
                                                                   OLIVER W. WANGER,
                                                                   United States District Court Judge

**Stip1005 RspnsAC**                              1

1  I hereby certify that on October 28th, 2005 I electronically filed the foregoing
2  **STIPULATION RE: EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will
3  send notification of such filing to the following:

4  ROBERT D. METCALFE
   Trial Attorney, Tax Division
5  U.S. Department of Justice
   Post Office Box 7238
6  Washington, D.C. 20044

7

                                                    /s/William  McPike
8                                          William McPike, Attorney for Defendant

**Stip1005 RspnsAC**                     2