1  WILLIAM McPIKE State Bar #95869
2  2037 W. Bullard Avenue, #353
   Fresno, California 97311
3  Telephone (559) 841-3366
   Facsimile (559) 841-5343
4  Email: mcpike@psnw.com
   *Attorney for the Defendant Steven Hempfling*

5

6

7

8                THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10                            FRESNO

11 **UNITED STATES OF AMERICA,**       ) **Case No.** 1:05-CV-00594- OWW-SMS
                                       )
12          Plaintiff,                 ) **STIPULATION RE: DEFENDANT'S**
                                       ) **MOTION TO DISMISS AND MOTION**
13                                     ) **TO STRIKE**
   v.                                  ) **AND CONTINUANCE THEREOF**
14                                     )
   **STEVEN HEMPFLING,**               )
15                                     )
            Defendant.                 )
16 _____ )

17
        Counsel for the defendant and Counsel for the government have entered into the
18
   following stipulation – To Wit:
19
        It is hereby stipulated by the parties that the hearing date set for January 9th, 2006 at
20
   10:00 a.m. to entertain defendant's motion to dismiss and motion to strike, before the Honorable
21
   Oliver W. Wanger be vacated and rescheduled for February 6th, 2006 at 10:00 a.m. before the
22
   Honorable Oliver W. Wanger.
23

24

25

26

27

28

   12275 Stip                                1

I, William McPike declare under penalty of perjury that I entered into this stipulation with Robert Metcalfe attorney for the United States in this matter and he has agreed to the above stipulation.

Dated: 12-27-2005

Respectfully Submitted,

/s/__William McPike_____
William McPike, Attorney for Defendant

/s/Robert D. Metcalfe_____
Trial Attorney, Tax Division

IT IS SO ORDERED.

Dated: __January 3, 2006____        /s /__OLIVER W. WANGER_____
OLIVER W. WANGER,
United States District Court Judge

I hereby certify that on December 27th, 2005 I electronically filed the foregoing **STIPULATION RE: STIPULATION RE: DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE AND CONTINUANCE THEREOF** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

ROBERT D. METCALFE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C. 20044

/s/William McPike_____
William McPike, Attorney for Defendant

12275 Stip                           2