# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 05-594 LJO SMS |
| Plaintiff, | |
| vs. | **ORDER DENYING REQUEST TO CONTINUE HEARING** |
| STEVEN HEMPFLING., | Hearing Date: May 30, 2007 |
| Defendant. | Hearing Time: 9 a.m. |
| | Courtroom: 4 (LJO) |

-------------------------------------------------/

The stipulated agreement to continue the hearing on the government's Motion to Strike Affirmative Defenses in the above entitled action does not constitute good cause. The request is hereby DENIED. The current hearing date of May 8, 2007 at 8:30 a.m. will remain on calendar.

**IT IS SO ORDERED.**

Dated:   April 23, 2007                         /s/ Lawrence J. O'Neill
                                                **UNITED STATES DISTRICT JUDGE**

1