1

2

3

4

5

6

7                UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9

UNITED STATES OF AMERICA,    ) 1:05-cv-00594-LJO-SMS
10                                )
                    Plaintiff,   ) ORDER DIRECTING DEFENDANT AND
11      v.                        ) DEFENDANT'S COUNSEL TO PAY
                                  ) $554.75 TO COUNSEL FOR PLAINTIFF
12  STEVEN HEMPFLING, d/b/a/ FREE ) NO LATER THAN MARCH 10, 2008, AS
    ENTERPRISE SOCIETY,           ) FEES AND EXPENSES RELATING TO
13                                ) PLAINTIFF'S MOTION TO COMPEL AND
                    Defendant.    ) FOR SANCTIONS (DOCS. 108, 115)
14                                )
                                  )
15

16

17      Plaintiff is proceeding with a civil action in this Court.

18  The matter has been referred to the Magistrate Judge pursuant to

19  28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

20      On January 30, 2008, the Court granted Plaintiff's motion to

21  compel responses to the first sets of interrogatories and

22  requests for production, including Plaintiff's prayer for the

23  reasonable expenses and attorney's fees, caused by Defendant's

24  failure to provide discovery. The Court found that Defendant's

25  noncompliance with his discovery obligations was not

26  substantially justified and that there were no other

27  circumstances making an award of expense unjust; the Court

28  directed Plaintiff's counsel to submit information concerning the

                                1

1   nature and extent of Plaintiff's expenses. (Order pp. 5-6.) By

2   declarations filed on February 12, 2008, Robert D. Metcalfe,

3   trial attorney for the United States Department of Justice, Tax

4   Division, and Susan Von Raab, the staff member responsible for

5   directing the Tax Division's budget and financial management

6   program, complied (Docs. 126 and 125, respectively). Their

7   declarations provide a substantial and adequate basis for

8   determining an hourly rate and the sum of hours expended.

9       The Court finds that Mr. Metcalfe reasonably expended 3.5

10  hours on researching the law, drafting and reviewing the motion

11  to compel discovery and associated documents; the Court declines

12  to find the .5 hour spent on the clerical task of scanning the

13  documents and filing them with the Court was reasonably expended.

14      The Court finds that a reasonable hourly rate for Mr.

15  Metcalfe's services is $158.50.

16      Accordingly, pursuant to Fed. R. Civ. P. 37(d), Defendant

17  and Defendant's counsel ARE ORDERED to pay 3.5 times $158.50, or

18  $554.75, to Plaintiff's counsel no later than March 10, 2008.

19  IT IS SO ORDERED.

20  **Dated:    February 25, 2008             /s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28