**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 05-0594 LJO SMS |
| Plaintiff, | **AMENDMENT TO INJUNCTION AND SANCTIONS ORDER** |
| vs. | (Doc. 151.) |
| STEVE HEMPFLING, d/b/a FREE ENTERPRISE SOCIETY, | |
| Defendant. | |

This Court entered its March 13, 2008 Order on Government's Permanent Injunction and Sanctions Motion ("March 13 order"). The March 13 order includes a "**PERMANENT INJUNCTION ORDER**" (page 20, line 21 to page 21, line 8) ("permanent injunction order") which, among other things, enjoins defendant Steve Hempfling, d/b/a Free Enterprise Society ("Mr. Hempfling"), to promote, organize or sell abusive tax shelters. Plaintiff United States of America ("Government") fears that Mr. Hempfling will interpret the permanent injunction order as a mandatory, not prohibitory, injunction. To clarify, the permanent injunction order is prohibitory and prohibits and precludes Mr. Hempfling from engaging in described activities and matters. The "**FURTHER ORDERS**" (page 21, lines 9-26) of the March 13 order are mandatory and mandate and require Mr. Hempfling to perform described activities and matters.

**This Court ADMONISHES Mr. Hempfling that he is subject to sanctions and/or penalties if Mr. Hempfling disobeys and/or fails to comply with the March 13 order. This Court**

1  **ADMONISHES Mr. Hempfling's counsel that counsel is subject to sanctions and/or penalties if**
2  **counsel assists Mr. Hempfling to disobey and/or to fail to comply with the March 13 order.**
3  　　　　IT IS SO ORDERED.
4  **Dated:    March 21, 2008**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE