# We will Fight On

by Steve Hempfling

The government on March 13th placed a permanent injunction on Free Enterprise Society. This injunction was the result of a default judgement by the judge based on discovery problems. Being a default judgement it is important to understand that the merits of the issues were not ruled on.

What the injunction does is stop me from selling 4 items and also not promoting an abusive tax shelter. The 4 items are the W4 package, Lien/Levy Package, 16th amendment Reliance Package and the Reliance 2000 Program.

The 16th Amendment Reliance package is made up copies of congressional records, court cases and other legal reference material. This contains documents that show there is a question about the ratification of the 16th amendment.

The W4 Alternative package contains excerpts from IRS publications in regard to withholding and shows an alternative to using the W4 form with employers. This is information directly from the IRS.

The IRS Lien/Levy package contains IRS procedures and court cases about how IRS liens and levies must be placed. If the procedures are not followed then the lien or levy is void and unenforceable. Again this is IRS material and court decisions in regard to the procedures and how important it is that the IRS follow the law.

The Reliance 2000 Program contains 4 items and only one of those items (The 16th Amendment Reliance Package) was included in the injunction.

The court is ordering me to stop selling government information, court records, copies of laws, and congressional records. How amazing is that.

The injunction does NOT ask for the membership list. It does ask for the customer list of those who bought the above 4 items. Since Free Enterprise Society does not and has never keep any records to that effect the list was very short.

I will not accept this default judgement as I and Free Enterprise Society are not a tax shelter, abusive or otherwise. I am appealing this decision and hopefully will gain vindication of our rights and the law. I will hopefully get a stay of the injunction pending the appeal which would mean it will not be enforced during the appeal.

In the mean time Free Enterprise Society is still alive and well. The Injunction does not even attempt to close the society. There have been rumors of our demise but these reports are not accurate. We will be here for the members and to continue educating Americans about the Constitution and Individual Rights. To all of you for Freedom. Steve