UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:04-cv-07403 |
| | ) | |
| Plaintiff, | ) | Judge Samuel Der-Yeghiayan |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM J. BENSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DECLARATION OF WILLIAM J. BENSON**

Comes now Defendant, William J. Benson, who as ordered by the Court in its Permanent Injunction of January 10, 2008 (Doc. 116), submits the following Declaration.

1. I have never sold the "16th Amendment Reliance Package" to anyone. If any "16th Amendment Reliance Packages" have been sold, they were sold by other than me.

2. Upon the advice of my attorney, and under the Fifth Amendment to the United States Constitution, I neither admit nor deny that I sold or furnished the "Reliance Defense Package" to anyone, or that I furnished the "16th Amendment Reliance Package" to anyone.

3. Copies of the Court's Permanent Injunction were mailed by United States mail, on January 22, 2008, to the following individuals identified by Revenue Agent Ponzo in his declaration in support of summary judgment, at the following addresses:

Ronald K. Doyle, 1120 Scotland Ave., Chambersburg, PA;

Rolan R. Becker, 3175 Canal Rd., Ronan, MT;

Phyllis A. Jacobsen, 327 S. Hackett Rd., Waterloo, IA;

Brett Curle, 1480 Hawk Crest Pl., Santa Rosa, CA;

Dale A. Heinz, 2503 N. Bethlehem Rd., Plant City, FL;

Michael Hamilton, 310 Buena Vista Dr., #180A, Battle Mountain, NV;

Floyd Sheperd, 8119 S. Artesian Avenue, Chicago, IL.

4.	A copy of the Court's Permanent Injunction was also delivered by e-mail, on January 22, 2008, to Ronald K. Doyle. I do not have e-mail addresses for the other above-listed individuals.

5.	A copy of the Court's Permanent Injunction was mailed by United States mail, and delivered by e-mail, on January 22, 2008, to Applicant Interveners John Doe I and John Doe II.

6.	Paragraphs 3, 4 and 5 should not be construed as an admission by me that I either sold or furnished the "Reliance Defense Package" or "16th Amendment Reliance Package" to anyone.

7.	All references to selling the Reliance Defense Package were removed from my website, www.thelawthatneverwas.com, on or about December, 2004, after the issuance of the complaint in this action.

8.	There has never been a reference to selling the "16th Amendment Reliance Package" on www.thelawthatneverwas.com.

9.	On January 21, 2008, in accordance with the direction of Robert Metcalfe, attorney for the United States, per a telephone conversation instituted by my attorney inquiring of Metcalfe as to exactly what would satisfy the United States, I have caused to be posted at the top of the first page of www.thelawthatneverwas.com, a picture of the first page of the Permanent Injunction which is linked to the complete text of the Permanent Injunction, together with a

statement, in not less than 12-point type, that "On January 10, 2008, the Federal District Court in Chicago issued a permanent injunction against me on the grounds that I was falsely telling people the 16th Amendment was not ratified." The words "permanent injunction" are also linked to the complete text of the Permanent Injunction.

      10.    I have never made any statement on www.thelawthatneverwas.com about any benefit to be derived from using either the "Reliance Defense Package" or "16h Amendment Reliance Package, nor have I made any false statements on www.thelawthatneverwas.com. In any event, with the removal of all reference to selling the Reliance Defense Package on or about December, 2004, there is no content objectionable to the United States on my web site, per the above mentioned conversation between attorney Metcalfe and attorney Dickstein.

I declare under the penalty of perjury that the foregoing is true and correct. Dated this 22nd Day of January, 2008, at South Holland, Illinois.

          /s/ William J. Benson
          William J. Benson

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney for the Plaintiff, Robert D. Metcalfe.

          /s/ Jeffrey A. Dickstein
          Jeffrey A. Dickstein